# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3946

_____

David DeWayne Ockerman

*Plaintiff - Appellant*

v.

Ryan Baker, Police Officer, Sherwood Police Department

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: August 26, 2013
Filed: August 29, 2013
[Unpublished]

_____

Before SMITH, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

David Ockerman filed a 42 U.S.C. § 1983 complaint claiming that police officer Ryan Baker used excessive force by shooting him during his arrest. Baker

moved for summary judgment, and Ockerman did not respond. The district court[1] granted Baker summary judgment on the merits, concluding that no constitutional violation occurred. The court found that the force Baker used was objectively reasonable given the threat Ockerman posed to him, as Ockerman was holding a knife during their encounter. Ockerman moved for reconsideration, which the district court denied. He appeals.

After de novo review, see <u>Lieffort v. Dakota, Minn. & E. R.R. Co.</u>, 702 F.3d 1055, 1057 (8th Cir. 2013), we agree that summary judgment was proper for the reasons the district court stated; and we find no abuse of discretion in the denial of reconsideration, see <u>Cont'l Holdings, Inc. v. Crown Holdings Inc.</u>, 672 F.3d 567, 574 (standard of review). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____

---

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.